This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**PENNYMAC LOAN SERVICES, LLC.**,

Plaintiff-Appellee,

v.                                                      **No. 35,742**

**SCOTT K. JEFFERS and**
**ATHENA JEFFERS,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Benjamin Feuchter
Keleher & McLeod, P.A.
Albuquerque, NM

for Appellee

Scott K. Jeffers
Athena Jeffers
Rio Rancho, NM

Pro Se Appellees

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Defendants-Appellants Scott K. Jeffers and Athena Jeffers ("Defendants") appeal, in a self-represented capacity, from the district court's orders denying Defendants' motion to dismiss for lack of standing, and granting a motion for summary judgment filed by Plaintiff-Appellee Pennymac Loan Services ("Pennymac"). [RP 239, 241] Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. Pennymac has filed a response in support of our notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Accordingly, we affirm.

{3}     **IT IS SO ORDERED.**


_____
**TIMOTHY L. GARCIA, Judge**


**WE CONCUR:**


_____
**J. MILES HANISEE, Judge**


_____
**M. MONICA ZAMORA, Judge**